UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFERY MOORE, a separated individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT FINLAY IMBERT, and MARY LYNN DUNCAN, a married couple, and dba FINLAY CATTLE COMPANY, a sole proprietorship,<br><br>　　　　　Defendants. | No. CV-11-0406-LRS<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

　　Good cause appearing, the Plaintiff's "Motion For Default Judgment" (ECF No. 9) is **GRANTED**.

　　In accordance with the Affidavit in Support of Motion for Default Judgment (ECF No. 9-1), the District Court Executive is directed to enter a Judgment for the Plaintiff and against the Defendants in the sum of $29,690 ( as the principal amount). Post-judgment interest shall accrue at the legal rate until the Judgment amount is paid in full.

　　**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward copies of the order and the Judgment to Defendants at their last known address, and to counsel for Plaintiff. The District Court Executive shall also CLOSE THE FILE.

　　**DATED** this ___19th___ day of May, 2014.

　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　_____
　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　Senior United States District Judge

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT -    1**