# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JEFFERY MOORE, a separated individual,

*Plaintiff*

v.

ROBERT FINLAY IMBERT and MARY LYNN DUNCAN, a married couple, and d/b/a FINLAY CATTLE COMPANY, a sole proprietorship,

*Defendant*

Civil Action No.  CV-11-406-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko  on a motion for default judgment.  Judgment is entered in favor of Plaintiff against Defendants in the sum of $29,690.  Post-judgment interest shall accrue at the legal rate until the Judgment amount is paid infull.

Date:  May 19, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb